No. 26-1429

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| DONALD J. TRUMP, et al., | STATUS REPORT |
| Appellants, | |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Respondents. | |

## JOINT STATUS REPORT

Pursuant to this Court's order of May 6, 2026, the parties jointly provide the following status report. On May 15, 2026, the parties each filed their response to the cross-motions for summary judgment, concluding briefing on the motions. The district court has not yet acted on the motions and thus, abeyance in this matter should continue. The parties will provide an additional status report in 90 days or within 7 days of resolution of the district court proceedings, whichever occurs first.

1

RESPECTFULLY SUBMITTED this __12__ day of June, 2026.

NICHOLAS W. BROWN
Attorney General

 s/ Karl D. Smith_____
KARL D. SMITH, WSBA 41988
WILLIAM MCGINTY, WSBA 41868
KELLY A. PARADIS, WSBA 47175
ALICIA O. YOUNG, WSBA 35553
 *Deputy Solicitors General*
FREEMAN E. HALLE, WSBA 61948
ZANE MULLER, WSBA 63777
 *Assistant Attorneys General*
Washington State Attorney General's
Office
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744
Karl.Smith@atg.wa.gov
William.McGinty@atg.wa.gov
Kelly.Paradis@atg.wa.gov
Alicia.Young@atg.wa.gov
Freeman.Halle@atg.wa.gov
Zane.Muller@atg.wa.gov
*Counsel for Respondent State of
Washington*

DAN RAYFIELD
 Attorney General
 State of Oregon
PAUL L. SMITH
 Solicitor General
 s/ Robert A. Koch_____
ROBERT A. KOCH
 Attorney-in-Charge Civil &
Administrative Appeals

2

1162 Court St. NE
Salem, Oregon 97301-4096
Telephone: (503) 378-4402
robert.a.koch@doj.oregon.gov
*Counsel for Respondent State of Oregon*

BRETT A. SHUMATE
  *Assistant Attorney General*

MICHAEL S. RAAB
  *s/ Laura E. Myron*

LAURA E. MYRON
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7228*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue NW*
  *Washington, DC 20530*
  *(202) 514-4819*
  *Laura.e.myron@usdoj.gov*

3